(83 South. 927)

Ex parte McCAIG. (8 Div. 144.) (Supreme Court of Alabama. Nov. 14, 1918.) Certiorari to Court of Appeals, Petition by Jack McCaig for certiorari to review judgment of Court of Appeals (16 Ala. App. 581, 80 South. 155), affirming judgment of conviction in prosecution of petitioner by the State. Writ denied. Melvin Hutson and Wert & Lynne, all of Decatur, for appellant. F. Loyd Tate, Atty. Gen., for appellee.

McCLELLAN, J. Petition of Jack McCaig for certiorari to the Court of Appeals to review and revise the judgment of said court, rendered in case of McCaig v. State, 16 Ala. App. 581, 80 South. 155. Writ denied.

(83 South. 927)

McCREARY v. STALLWORTH et al. (1 Div. 105.) (Supreme Court of Alabama. Nov. 11, 1919.) Appeal from Circuit Court, Monroe County; Ben D. Turner, Judge. A. C. Lee, of Monroeville, for appellees.

PER CURIAM. Appeal dismissed for want of prosecution.

(83 South. 927)

Ex parte MARSH. (4 Div. 805.) (Supreme Court of Alabama. Nov. 21, 1918.) Certiorari to Court of Appeals. Petition for certiorari by Sid Marsh and another to review judgment of the Court of Appeals (16 Ala. App. 597, 80 South. 171), affirming conviction. Writ denied. R. H. Arrington, of Montgomery, for appellant. F. Loyd Tate, Atty. Gen., for appellee.

GARDNER, J. Petition of Sid Marsh and Rushing Marsh for certiorari to review and revise the judgment of the Court of Appeals, rendered in the case of Sid Marsh and Rushing Marsh v. State of Alabama, 16 Ala. App. 597, 80 South. 171. Writ denied.

(83 South. 927)

MOBILE & O. R. CO. v. BELL. (6 Div. 219.) (Supreme Court of Alabama. Nov. 13, 1919.) Appeal from Circuit Court, Pickens County; Bernard Harwood, Judge. Foster, Verner & Rice, of Tuscaloosa, for appellant. Patton & Patton, of Livingston, and H. A. & D. K. Jones, of Tuscaloosa, for appellee.

PER CURIAM. Appeal dismissed on written agreement of parties.

(84 South. 925)

Ex parte NOLAN. (3 Div. 425.) (Supreme Court of Alabama. Dec. 18, 1919.) Certiorari to Court of Appeals. Barnes & Walker, of Opelika, for appellant. Horace Stringfellow, of Montgomery, for appellee.

GARDNER, J. Petition of Jack Nolan, by his next friend, Mrs. S. J. Nolan, for certiorari to the Court of Appeals to review and revise the judgment of said court, rendered in the cause of Jack Nolan, pro ami, v. J. M. Starke, 84 South. 398. Writ denied.

(82 South. 894)

PARHAM et al. v. HOLLEY. (2 Div. 682.) (Supreme Court of Alabama. June 17, 1919.) Appeal from Circuit Court, Greene County; Henry B. Foster, Judge.

PER CURIAM. Appeal dismissed.

(84 South. 925)

Ex parte STATE. CHAMBERS v. STATE. (8 Div. 204.) (Supreme Court of Alabama. Nov. 27, 1919.) Certiorari to the Court of Appeals. J. Q. Smith, Atty. Gen., and Horace Wilkinson, Asst. Atty. Gen., for the State. Street & Bradford, of Guntersville, for appellee.

THOMAS, J. Petition by the State of Alabama, on the relation of the Attorney General, for certiorari to the Court of Appeals to review and revise the judgment of said court, reversing the appeal of Ben Chambers v. State, 84 South. 638. Writ denied.

(83 South. 927)

STATE ex rel. ATTORNEY GENERAL v. MORRIS. (3 Div. 419.) (Supreme Court of Alabama. Oct. 30, 1919.) Certiorari to Court of Appeals. J. Q. Smith, Atty. Gen., and Richard V. Evans, Asst. Atty. Gen., for the State. Hill, Hill, Whiting & Thomas, of Montgomery, for appellee.

MAYFIELD, J. Application by the Attorney General for certiorari to the Court of Appeals, to review and revise the judgment of said court rendered in the case of Walter Morris v. State, 82 South. 574. Writ denied.

(84 South. 925)

STATE ex rel. TATE v. McBRIDE et al. (6 Div. 902.) (Supreme Court of Alabama. Nov. 27, 1919.) Appeal from Circuit Court, Jefferson County; Hugh A. Locke, Judge. J. Q. Smith, Atty. Gen., and Horace C. Wilkinson, Asst. Atty. Gen., for appellant.

PER CURIAM. Appeal dismissed on motion of appellant.

(83 South. 927)

STEWART v. STATE. (1 Div. 121.) (Supreme Court of Alabama. Oct. 15, 1919.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. Robert E. Cunningham and Cecil F. Bates, both of Mobile, for appellant. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of appellant.

(82 South. 894)

Ex parte THOMPSON et al. (1 Div. 109.) (Supreme Court of Alabama. June 19, 1919.) Alex T. Howard and W. B. Inge, both of Mobile, for appellant. Stevens, McCorvey & McLeod, of Mobile, for appellee.

PER CURIAM. The Mobile Electric Company filed a bill against the city of Mobile and the commissioners thereof, seeking to restrain them from holding or attempting to hold an election on the question of whether or not a certain ordinance restricting rates to be charged for electricity should become the law. Hon. Joel W. Goldsby issued a temporary injunction, and Frederick W. Thompson and others here seek mandamus, directed to the said judge, requiring him to dissolve said temporary and from in any wise interfering with the holding of said election. Rule nisi denied.